IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| ARLISHA ROSS, INDIVIDUALLY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER: |
| | ) | 3:02CV1624-LN |
| AVENTIS PASTEUR, INC., INDIVIDUALLY | ) | |
| AND AS SUCCESSOR IN INTEREST TO | ) | |
| CONNAUGHT LABORATORIES, INC., | ) | |
| PASTEUR MERIEUX AND PASTEUR | ) | |
| MERIEUX CONNAUGHT; ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

THIS CAUSE comes before the Court on the Stipulation of Dismissal submitted by the parties. The Court having considered same and the pleadings of record and supports therefore, finds that the motion is well taken and is due to be granted. Therefore, it is hereby ORDERED that this action and all claims and causes of action brought therein are dismissed, without prejudice. The Court further orders and directs that all parties bear their own costs and expenses.

DONE, this the 13th day of July, 2006.

/s/Tom S. Lee
Judge Tom S. Lee

Cc: All Counsel of Record